# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

GILMAN CIOCIA, INC., a Delaware corporation as successor-in-interest to PRIME CAPITAL SERVICES, INC. and ASSET & FINANCIAL PLANNING, LTD., NATIONAL SECURITIES CORPORATION, a Washington corporation, and NATIONAL ASSET MANAGEMENT, INC., a Washington corporation,

Appellants,

v.

SCOTT E. AABEL, GARY DIDONNA, JAMES PROTIGAL, and ANTONIO GOMES,

Appellees.

No. 2D21-3566

————————————————

November 17, 2023

Appeal from the Circuit Court for Sarasota County; Hunter W. Carroll, Judge.

Maureen B. Soles, Michael R. Levin, and Christa C. Turner of Baker & Hostetler, LLP, Orlando, for Appellants.

Worth S. Graham and W. Andrew Clayton, Jr. of Icard, Merril, Cullis, Timm, Furen & Ginsberg, P.A., Sarasota, for Appellees.


PER CURIAM.

Affirmed.

KELLY, KHOUZAM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.